IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORETTO GRAEFEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 13-CV-1410 |
| KANELAND COMM. UNIT SCHOOL DIST. #302, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The parties have stipulated that any and all claims asserted by Plaintiff Loretto Graefen be dismissed with prejudice. The Court has reviewed the Stipulation for Dismissal, finds it sufficient, and hereby ORDERS that any and all claims asserted by Plaintiff against Kaneland Comm. Unit School, Dist. #302 be dismissed with prejudice, costs borne by the respective parties.

SO ORDERED this 13th day of September, 2013

_____
Michael T. Mason
U.S. Magistrate Judge

**COPIES TO:**

Steven T. Mann
Law Office of Steven T. Mann
1700 Parks Street, Suite 206
Naperville, IL 60563

Stephen H. DiNolfo
Erin O'Malley
OTTOSEN BRITZ KELLY COOPER
GILBERT & DINOLFO, LTD.
1804 N. Naper Blvd., Suite 350
Naperville, IL 60563